RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUG 0 6 2014

UNITED STATES DISTRICT JUDGE

| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION | ) ) ) | MDL 11-md-2294 |
|---|---|---|
| WEBVENTION LLC | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 1:12-cv-00011-CCB |
| SUR LA TABLE, INC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Webvention LLC ("Plaintiff" or "Webvention") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of its dismissal of all claims in this action between Webvention and Sur La Table, Inc. ("Sur La Table"), with Prejudice.

Rule 41(a)(1)(A)(i).

Dated: August 6, 2014

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
222 N. Fredonia Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)
Ryan M. Ernst (Del. I.D. No. 4788)
**O'Kelly & Ernst, LLC**
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905

APPROVED:
8-29-2014

/S/
Judge Catherine C. Blake
U.S. District Judge